UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| MABEL CARPENTER, on behalf of herself and all other similarly situated employees, )<br>)<br>)<br>)<br>*Plaintiffs*, )<br>)<br>v. )<br>)<br>HIGDON COMPANIES, INC. d/b/a )<br>ACUITY STAFFING, 5 STAR HOME )<br>CARE SERVICES, KENNY HIGDON, )<br>individually, and MELISSA )<br>STANSBURY, individually )<br>)<br>*Defendants*. ) | Case No. 1:15-cv-76<br><br>Judge Travis R. McDonough<br><br>Magistrate Judge Christopher H. Steger |

## ORDER

On August 11, 2016, the parties filed a joint motion for approval of settlement. (Doc. 49.) On October 18, 2016, Magistrate Judge Steger filed a Report and Recommendation ("R&R") recommending that the parties motion be **GRANTED** in all respects, their settlement be **APPROVED**, and that this case be **DISMISSED WITH PREJUDICE** with each party bearing its own costs. (Doc. 55).

No party has filed an objection. Having reviewed the R&R, the Court agrees with the Magistrate Judge's recommendation. Accordingly, the Court **ACCEPTS** and **ADOPTS** the R&R (Doc. 55), and **GRANTS** the joint motion for settlement approval in all respects (Doc. 49). This action is **DISMISSED WITH PREJUDICE**. Each party bears its own costs.

　　**SO ORDERED**.

　　　　　　　　　　　　　　　　　　　　*/s/ Travis R. McDonough*
　　　　　　　　　　　　　　　　　　　　**TRAVIS R. MCDONOUGH**
　　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**